IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                   3:08cv00184-LC/EMT

v.

LORENZA RICHARDSON,

    Defendant.
_____/

## DEFAULT JUDGMENT

The complaint in the above action was filed in this Court on May 2, 2008, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant. Default was duly entered as to the Defendant on            .

By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $11,786.86. (Defendant owes Plaintiff the principal sum of $5,150.06, interest of $6,286.80 accrued through February 5, 2008, plus accruing interest at the annual rate of 8% as set forth in the Certificates of Indebtedness (#1 and #2) prepared by the Department of Education; and $350.00 for costs of the court allowed pursuant to 28 U.S.C. § 2412(a)(2)).

DONE and ORDERED this 30th day of October, 2008.

                                                        s/*L.A. Collier*
                                                        LACEY A. COLLIER
                                                        SENIOR UNITED STATES DISTRICT JUDGE